**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

*Counsel for Plaintiffs Jeremy Barnes and Coryell Ross*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CODY MEEK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYWEST, INC., and SKYWEST AIRLINES, INC.,<br><br>Defendants. | Case No. 3:17-cv-01012-JD<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**<br><br><u>Related Cases</u>:<br><br>*Barnes v. SkyWest Airlines, Inc., et al.*, Case No. 3:18-cv-04182-JCS |

1  Plaintiffs Jeremy Barnes and Coryell Ross ("Plaintiffs") submit this administrative
2  motion, pursuant to Civil Local Rules 3-12(b) and 7-11(a), to consider whether *Barnes v. SkyWest*
3  *Airlines, Inc., et al.*, Case No. 3:18-cv-04182-JCS (the "*Barnes* Action"), filed in this District on
4  July 12, 2018 and pending before the Honorable Joseph C. Spero, , should be related to *Meek v.*
5  *Skywest, Inc., et al.,* Case No. 3:17-cv-01012-JD (the "*Meek* Action"), which was filed on
6  February 27, 2017 and pending before the Honorable James Donato.  Plaintiffs submit that these
7  actions are related within the meaning of Civil Local Rule 3-12(a).  A proposed order is attached
8  hereto.

9  Actions are related when (1) the actions substantially concern the same parties, property,
10 transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication
11 of labor and expense or conflicting results if the cases are conducted before different judicial
12 officers.  Civ. L.R. 3-12(a).

13 The *Barnes* Action involves the same defendants and substantially the same transactions
14 and events as the *Meek* Action.  *See* Civ. L.R. 3-12(a)(1).  Specifically, Plaintiffs in both actions
15 are ramp agents employed by Defendants alleging wage and hour claims against Defendants,
16 including failure to keep and maintain adequate records of hours worked, engaging in a policy
17 and practice of refusing to provide workers meal and rest breaks, failing to provide a mechanism
18 for workers to receive payments and penalties for missed breaks, and failing to pay all wages,
19 overtime and commissions in compliance with California law.  Furthermore, both actions involve
20 similar allegations of wrongdoing arising from the same conduct by the same defendants.  As
21 such, each action will require adjudication of substantially the same questions of law and fact.

22 Given these similarities, it "appears likely that there will be an unduly burdensome
23 duplication of labor and expenses of conflicting results if the cases are conducted before different
24 Judges."  Civ. L.R. 3-12(a)(2).  Indeed, having these actions prosecuted separately would create
25 an undue burden on the Court and parties and cause duplication of labor and expense, as well as
26 lead to potentially conflicting results.  Relating these actions will conserve judicial resources and
27 ensure consistent results.
28

1    Plaintiffs respectfully request that the *Barnes* Action be deemed related to the *Meek*
2    Action pursuant to Local Rule 3-12(a).

Respectfully submitted,

Dated: July 17, 2018            **KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Matthew B. George*
      Matthew B. George (SBN 239322)

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

**LAW OFFICES OF GENNARO DU TERROIL**
Gennaro Du Terroil (*pro hac vice* application to be filed)
18756 Stone Oak Pkwy Suite 200
San Antonio, Texas 78258
Telephone: 210-998-5645
Facsimile: 210-495-4670
cibelliterroil@outlook.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2018, I caused to be filed electronically a true and correct copy of this Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rules 3-12 and 7-11 with the Clerk of the Court using the CM/ECF system maintained by the United States District Court for the Northern District of California, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

I further certify that I caused to be electronically filed the foregoing document to the parties listed in the related case(s), *Barnes v. SkyWest Airlines, Inc., et al.*, Case No. 3:18-cv-04182-JCS, which will send notification of such filing to the email addresses denoted on the Court's Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:   /s/ *Matthew B. George*
Matthew B. George