1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MEEK, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>SKYWEST, INC. and<br>SKYWEST AIRLINES, INC.,<br><br>      Defendants. | Case No.: 3:17-cv-01012-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The Court having considered Plaintiffs' Administrative Motion to File Under Seal, in addition to the supporting declaration submitted with the motion, and good cause appearing therefore, hereby orders that:

Plaintiff's Administrative Motion to File Under Seal is **GRANTED**. The following unredacted documents shall be filed under seal pursuant to Local Rule 79-5 and the Protective Order, ECF No. 64, in this case entered on August 6, 2018, ECF No. 65:

1      1.      Plaintiff's Response in Opposition to Defendants' Motion for Partial Summary

2  Judgment; and

3      2.      Exhibits C, J, and Kto the Declaration of Lisa A. White in Support of Plaintiff's

4  Administrative Motion to File Under Seal.

5

6

7      **IT IS SO ORDERED.**

8

9

10  Dated: _____                    _____

11

12                                             Hon. James Donato
                                               United States District Judge