Gregory F. Coleman (*pro hac vice*)
Lisa A. White (*pro hac vice*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Mitchell M. Breit (*pro hac vice*)
Thien An Vinh Truong (*pro hac vice*)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue
New York, New York 10016-7416
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
mbreit@simmonsfirm.com
atruong@simmonsfirm.com

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CODY MEEK, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKYWEST, INC. and SKYWEST AIRLINES, INC.<br><br>Defendants. | Case No.: 3:17-cv-01012-JD<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR BRIEFING DEADLINES OF SKYWEST'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Assigned to the Hon. James Donato<br><br>Hearing as currently docketed (unchanged): August 26, 2021, 10:00 a.m. |

**STIPULATION FOR ENLARGEMENT OF TIME FOR BRIEFING DEADLINES OF SKYWEST'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

WHEREAS on April 8, 2021, SkyWest filed a Motion for Partial Summary Judgment (ECF No. 144);

WHEREAS according to this District's Local Rule 7, the deadline for Plaintiffs' response in opposition to motion for partial summary judgment is April 22, 2021 (LR 7-3(a)), and SkyWest's reply in support of motion for partial summary judgment must be filed by May 6, 2021 (LR 7-3(b));

WHEREAS the hearing on this matter was reset by the Court, *sua sponte,* from its originally noticed date to August 26, 2021, at 10:00 a.m. (ECF No. 145);

WHEREAS the Parties have agreed to extend Plaintiffs' response deadline by two weeks and SkyWest's reply deadline by one week;

WHEREAS this proposed extension shall not impact the other deadlines set by the Court (ECF No. 131);

THEREFORE, it is hereby stipulated and agreed by the Parties, subject to the order of the Court, that:

1. Plaintiffs' response in opposition to SkyWest's Motion for Partial Summary Judgment is due not later than May 6, 2021;
2. SkyWest's reply in support of its Motion for Partial Summary Judgment is due not later than May 20, 2021;
3. The hearing on this matter, set by the Court on August 26, 2021, at 10:00 a.m. (ECF No. 145) shall remain unchanged.

IT IS SO STIPULATED.

DATED: April 20, 2021.

Respectfully submitted,

**GREG COLEMAN LAW PC**

s/ Lisa A. White
Lisa A. White (*pro hac vice*)

Gregory F. Coleman (*pro hac vice*)
Lisa A. White (*pro hac vice*)
Mark E. Silvey (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: 865-247-0080
Facsimile: 865-522-0049
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com
mark@gregcolemanlaw.com
adam@gregcolemanlaw.com

Mitchell M. Breit (*pro hac vice*)
Thien An Vinh Truong (*pro hac vice*)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue
New York, New York 10016-7416
Telephone: 212-784-6400
Facsimile: 212-213-5949
mbreit@simmonsfirm.com
atruong@simmonsfirm.com

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Scott Morrison*
Amanda C. Sommerfeld (State Bar No. 85052)
asommerfeld@JonesDay.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone: +1.213.489.3939
Facsimile:    +1.213.243.2539

Scott Morrison (State Bar No. 320167)
scottmorrison@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: +1.858.314.1200
Facsimile:    +1.844.345.3178

Patricia T. Stambelos (SBN 166998)
patricia@patriciastambelos.com
STAMBELOS LAW OFFICE
543 Country Club Drive, Suite B209
Simi Valley, CA  93065
Telephone: +1.805.578.3474
Facsimile:    +1.805.994.0199

Attorneys for Defendants SKYWEST, INC. AND SKYWEST AIRLINES, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lisa A. White, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of April 2021, at Knoxville, Tennessee.

*s/ Lisa A. White*
Lisa A. White (*pro hac vice*)

**ORDER**

Pursuant to the stipulation of the Parties and good cause appearing, IT IS ORDERED that:

1. Plaintiffs' response in opposition to SkyWest's Motion for Partial Summary Judgment is due not later than May 6, 2021;
2. SkyWest's reply in support of its Motion for Partial Summary Judgment is due not later than May 20, 2021;
3. The hearing on this matter, set for August 26, 2021, at 10:00 a.m. (ECF No. 145) shall remain unchanged.

**IT IS SO ORDERED.**

Dated:   April 22, 2021

_____
Honorable James Donato
United States District Judge