```
1   Gregory F. Coleman
    Adam A. Edwards
2   Mark E. Silvey
    William A. Ladnier
3   **MILBERG COLEMAN BRYSON PHILLIPS
    GROSSMAN, PLLC**
4   800 S. Gay Street, Suite 1100
    Knoxville, TN 37929
5   Telephone: 865-247-0080
    Facsimile: 865-522-0049
6   gcoleman@milberg.com
    aedwards@milberg.com
7   msilvey@milberg.com
    wladnier@milberg.com
8
9   *Attorneys for Plaintiff*
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CODY MEEK, on behalf of himself and all others similarly situated**, <br><br> **Plaintiff,** <br><br> v. <br><br> **SKYWEST, INC. and SKYHWEST AIRLINES, INC.,** <br><br> **Defendants.** | CIVIL ACTION NO.: 3:17-cv-01012-JD |

### NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the contact information for Gregory F. Coleman, Adam A. Edwards, Mark E. Silvey, and William A. Ladnier, attorneys for Plaintiff and class, will be as follows:

> Gregory F. Coleman
> Adam A. Edwards
> Mark E. Silvey
> William A. Ladnier

---
1
NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

| | |
|---|---|
| 1 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** |
| 2 | 800 S. Gay Street, Suite 1100 |
| | Knoxville, TN 37929 |
| 3 | Telephone: 865-247-0080 |
| | Facsimile: 865-522-0049 |
| 4 | gcoleman@milberg.com |
| | aedwards@milberg.com |
| 5 | msilvey@milberg.com |
| | wladnier@milberg.com |

Dated: July 27, 2021               Respectfully submitted,

                                              By:   s/Gregory F. Coleman
                                                       Gregory F. Coleman
                                                       Adam A. Edwards
                                                       Mark E. Silvey
                                                       William A. Ladnier
                                                       **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: 865-247-0080
Facsimile: 865-522-0049
gcoleman@milberg.com
aedwards@milberg.com
msilvey@milberg.com
wladnier@milberg.com

2
NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE