Amanda C. Sommerfeld (SBN 185052)
asommerfeld@jonesday.com
Amanda W. Molinari (SBN 323840)
amolinari@jonesday.com
JONES DAY
555 South Flower Street Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

Patricia T. Stambelos (SBN 166998)
patricia@patriciastambelos.com
STAMBELOS LAW OFFICE
543 Country Club Drive, Suite B209
Simi Valley, CA 93065
Telephone: +1.805.578.3474
Facsimile: +1.805.994.0199

Attorneys for Defendant
SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CODY MEEK, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SKYWEST, INC. and SKYWEST AIRLINES, INC.,**<br><br>**Defendants.** | **Case No. 3:17-cv-01012-JD**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS SKYWEST, INC. AND SKYWEST AIRLINES, INC.**<br><br>Assigned for all purposes to the Honorable James Donato |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 5-1(c)(2)(B), Defendants SkyWest, Inc. and SkyWest Airlines, Inc. (collectively, "SkyWest") hereby provide notice of the following substitution of counsel. The following attorney from Jones Day is now counsel of record for SkyWest in this action:

> Amanda W. Molinari (SBN 323840)
> amolinari@jonesday.com
> JONES DAY
> 555 South Flower Street Fiftieth Floor
> Los Angeles, CA 90071.2300
> Telephone: +1.213.489.3939
> Facsimile: +1.213.243.2539

The following attorney is no longer counsel of record for SkyWest in this action:

> Kelsey Israel-Trummel (SBN 282272)
> kitrummel@jonesday.com
> JONES DAY
> 555 California St., 26th Floor
> San Francisco, CA 94104
> Telephone: +1.415.875.5861
> Facsimile: +1.415.875.5700

Amanda C. Sommerfeld of Jones Day and Patricia T. Stambelos of the Stambelos Law Office shall also remain counsel of record for SkyWest in this action.

Dated: September 13, 2021                     Respectfully submitted,

                                              JONES DAY


                                              By: /s/ *Amanda W. Molinari*
                                                  Amanda W. Molinari

                                              Counsel for Defendant
                                              SKYWEST AIRLINES INC.

Case No. 3:17-cv-01012-JD
NOTICE OF SUBSTITUTION OF COUNSEL

2

# CERTIFICATE OF SERVICE

I, Amanda W. Molinari, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 50th Floor, Los Angeles, CA 90071.

On September 13, 2021, I served a copy of the **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS SKYWEST, INC. AND SKYWEST AIRLINES, INC.** by electronic transmission.

I am familiar with the U.S. District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service through the court's transmission facilities.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 13, 2021, at Los Angeles, California.

                                        */s/  Amanda W. Molinari*
                                        Amanda W. Molinari

NAI-1521211390v1