Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com

Thien An V. Truong (*pro hac vice*)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue
New York, New York 10016-7416
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
atruong@simmonsfirm.com

Gregory F. Coleman (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
First Horizon Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
gcoleman@milberg.com

*Attorneys for Plaintiffs*
*Additional attorneys on signature page

Amanda C. Sommerfeld (SBN 185052)
asommerfeld@jonesday.com
**JONES DAY**
555 South Flower Street Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

Patricia T. Stambelos (SBN 166998)
patricia@patriciastambelos.com
**STAMBELOS LAW OFFICE**
543 Country Club Drive, Suite B209
Simi Valley, CA 93065
Telephone: +1.805.578.3474
Facsimile: +1.805.994.0199

Attorneys for Defendants
SKYWEST, INC. AND SKYWEST AIRLINES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CODY MEEK, *et al*.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SKYWEST, INC. and SKYWEST AIRLINES, INC.,<br><br>　　　　　Defendant. | Case No. 17-cv-01012-JD<br><br>**JOINT STIPULATION EXTENDING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. James Donato<br><br>No Hearing Necessary |

1  Plaintiffs Cody Meek, Jeremy Barnes, and Coryell Ross ("Plaintiffs") and Defendants
2  SkyWest, Inc., and SkyWest Airlines, Inc. ("SkyWest") (collectively "the Parties"), by and
3  through their respective counsel, hereby stipulate as follows:
4  WHEREAS the Parties have agreed on the material terms of a class action settlement;
5  WHEREAS the Parties have executed a Memorandum of Understanding ("MOU")
6  regarding the class action settlement;
7  WHEREAS the Court has previously ordered Plaintiffs' motion seeking preliminary
8  approval of the settlement be filed on or by January 28, 2022;
9  WHEREAS the Parties require some additional time to finalize and execute the settlement
10  agreement and prepare the preliminary approval motion;
11  WHEREAS Plaintiffs now expect to file a motion seeking preliminary approval of the
12  settlement on or before February 17, 2022.
13  THEREFORE, it is hereby stipulated and agreed by the Parties, subject to the order of the
14  Court, that:
15  1. Plaintiffs' Motion for Preliminary Approval shall be filed on or by February 17, 2022.
16
17  Respectfully submitted this 28th day of January, 2022.

18  /s/ *Matthew George*  /s/ *Amanda C. Sommerfeld*
19  Laurence D. King (SBN 206423)  Amanda C. Sommerfeld (SBN 185052)
    Matthew B. George (SBN 239322)  asommerfeld@jonesday.com
20  **KAPLAN FOX & KILSHEIMER LLP**  **JONES DAY**
    1999 Harrison Street, Suite 1560  555 South Flower Street Fiftieth Floor
21  Oakland, CA 94612  Los Angeles, CA 90071.2300
    Telephone: (415) 772-4700  Telephone: +1.213.489.3939
22  Facsimile: (415) 772-4707  Facsimile: +1.213.243.2539
    lking@kaplanfox.com
23  mgeorge@kaplanfox.com  Patricia T. Stambelos (SBN 166998)
    patricia@patriciastambelos.com
24  Thien An V. Truong (*pro hac vice*)  **STAMBELOS LAW OFFICE**
    **SIMMONS HANLY CONROY LLC**  543 Country Club Drive, Suite B209
25  112 Madison Avenue  Simi Valley, CA 93065
    New York, New York 10016-7416  Telephone: +1.805.578.3474
26  Telephone: (212) 784-6400  Facsimile: +1.805.994.0199
    Facsimile: (212) 213-5949
27  atruong@simmonsfirm.com  Attorneys for Defendants
    SKYWEST, INC. AND SKYWEST
28  AIRLINES, INC.

1

JOINT STIPULATION EXTENDING TIME TO FILE MOTION FOR  Case No. 17-cv-01012-JD
PRELIMINARY APPROVAL

Gregory F. Coleman (*pro hac vice*)
gcoleman@milberg.com
Mark E. Silvey (*pro hac vice*)
msilvey@milberg.com
William A. Ladnier (SBN 330334)
wladnier@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
First Horizon Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049

Mitchell M. Breit (*pro hac vice*)
mbreit@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (347) 668-8445

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

                                             */s/ Matthew George*
                                                 Matthew B. George
                                             **KAPLAN FOX & KILSHEIMER LLP**

                                             Attorney for Plaintiffs

**FILER'S ATTESTATION**

I, Matthew B. George, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of January, 2022, at San Diego, California.

/s/ *Matthew B. George*
Matthew B. George

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CODY MEEK, *et al*.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SKYWEST, INC. and SKYWEST AIRLINES, INC.,<br><br>　　　　　　Defendant. | Case No. 17-cv-01012-JD<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The Parties' Joint Stipulation Extending Time to File Motion for Preliminary Approval of Class Action Settlement, is granted for good cause.

1. Plaintiffs' Motion for Preliminary Approval shall be filed on or by February 17, 2022.

**IT IS SO ORDERED.**

Dated: __2/10/2022_____    _____
HON. JAMES DONATO
U.S. District Court Judge

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING    Case No. 17-cv-01012-JD
TIME TO FILE MOTION FOR PRELIMINARY APPROVAL