Gregory F. Coleman (*pro hac vice*)
Mark E. Silvey (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: 865-247-0080
Facsimile: 865-522-0049
gcoleman@milberg.com
msilvey@milberg.com

Thien An Vinh Truong (*pro hac vice*)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue
New York, New York 10016-7416
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
atruong@simmonsfirm.com

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com

*Attorneys for Plaintiffs*
*\*Additional counsel on signature page*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CODY MEEK, *et al.*<br><br>                 Plaintiffs,<br><br>        v.<br><br>SKYWEST, INC. and SKYWEST AIRLINES, INC.,<br><br>                 Defendants. | Case No. 17-cv-01012-JD<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**<br><br>Judge:        Hon. James Donato<br>Courtroom:   11, 19th Floor<br>Date:         June 30, 2022<br>Time:         10:00 a.m. |

Given that there is no opposition to Plaintiffs' Renewed Motion for Preliminary Approval of the Proposed Settlement, Plaintiffs respectfully request that the Court grant Preliminary Approval and approve the revised notice plan.

Respectfully submitted,

DATED: June 13, 2022

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Matthew B. George*
    Matthew B. George (SBN 239322)

Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com

Gregory F. Coleman (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
Mark E. Silvey (*pro hac vice*)
William A. Ladnier (SBN 330334)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: 865-247-0080
Facsimile: 865-522-0049
gcoleman@milberg.com
aedwards@milberg.com
msilvey@milberg.com
wladnier@milberg.com

Mitchell M. Breit (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza
Garden City, NY 11530
Telephone: (347) 668-8445
mbreit@milberg.com

Thien An Vinh Truong (*pro hac vice*)
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue
New York, New York 10016-7416
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
atruong@simmonsfirm.com

*Attorneys for Plaintiffs*