**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CODY MEEK, *et al*.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SKYWEST, INC. and SKYWEST AIRLINES, INC.,<br><br>　　　　　Defendants. | Case No. 17-cv-01012-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO AUTHORIZE DISBURSEMENT OF REMAINING ATTORNEYS' FEES** |

　　The Court, having considered Plaintiffs' Administrative Motion to Authorize Disbursement of Remaining Attorneys' Fees, and finding good cause therefore, hereby orders as follows:

　　Plaintiffs' Motion is GRANTED and disbursement of the 25% holdback of attorneys' fees in the amount of $262,187.50 to Class Counsel is authorized. Plaintiffs shall file a further report or motion regarding approval to disburse any remaining unclaimed funds no later than December 16, 2024.

　　IT IS SO ORDERED.

DATED: 10/1/2024

　　　　　　　　　　　　　　　　　　　　　Hon. James Donato
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 17-cv-01012-JD