**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CODY MEEK, *et al*.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SKYWEST, INC. and SKYWEST AIRLINES, INC.,<br><br>　　　　Defendants. | Case No. 17-cv-01012-JD<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO AUTHORIZE DISBURSEMENT OF CY PRES AWARD** |

　　　Plaintiffs' Administrative Motion to Authorize Disbursement of *Cy Pres* Award, Dkt. No. 210, is granted, and the disbursement of a *cy pres* award in the amount of $66,804.53 to the Spirit of SkyWest (SOS) is authorized. The disbursement is directed to be made within 30 days of this order.

　　　IT IS SO ORDERED.

DATED: September 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. James Donato
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge